Matthew A. Haulk (SBN 272457)
    Email: mhaulk@hhemploymentlaw.com
Jose M. Herrera (SBN 289590)
    Email: jherrera@hhemploymentlaw.com
HAULK & HERRERA LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 745-3219
Facsimile:    (415) 745-3301

Attorneys for Plaintiff
CLAUDIA PORTILLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PORTILLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HULT INTERNATIONAL BUSINESS SCHOOL, INC., a Massachusetts Non-Profit Corporation; and DOES 1 TO 50,<br><br>Defendants. | CASE NO.: 3:25-cv-06459-EMC<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE |

After Consideration of the Parties' Joint Stipulation and Order for Dismissal with Prejudice, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the entire action is dismissed with prejudice. Each party is to bear her or its own attorney's fees and costs.

Dated: October 1, 2025

_____
Edward M. Chen
United States District Court Judge